**UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY**

---

PETER DIPIETRO,

            Plaintiff,

    v.

GLOUCESTER COUNTY SHERRIFF'S
DEPARTMENT, et al.,

            Defendants.

---

Civ. No. 1:11-cv-5878-NLH-KMW

**OPINION and ORDER**

**APPEARANCES:**

PETER DIPIETRO
495 SOUTH BLUEBELL ROAD
VINELAND, NJ 08360

    Appearing *pro se*

PATRICK JOSEPH MADDEN
MADDEN & MADDEN, PA
108 KINGS HIGHWAY EAST
SUITE 200
PO BOX 210
HADDONFIELD, NJ 08033-0389

    On behalf of Gloucester County Sheriff's Department

**HILLMAN**, District Judge

    WHEREAS, on August 31, 2023, Plaintiff filed a motion entitled "Motion for Application of Payment in this Court Registry Investment System (CRIS)" and "Motion for Withdrawal of Funds from the Registry of the Court" in this case as well as in four other closed cases: Peter DiPietro v. Landis Title Co., No.

1

11-5110; <u>Peter DiPietro v. State of New Jersey</u>, No. 14-352;
<u>Peter DiPietro v. Morisky, et al.</u>, No. 12-2338; and <u>Peter
DiPietro v. State of New Jersey</u>, No. 19-17014 seeking the return
of either $10 million or $10 billion dollars from the Court's
register;[1] and

WHEREAS, Plaintiff also filed to reinstate two of these
closed cases: <u>Peter DiPietro v. Landis Title Co.</u>, No. 11-5110
and <u>Peter DiPietro v. Morisky, et al.</u>, No. 12-2338; and

WHEREAS, Plaintiff's "Motion for Application of Payment in
this Court Registry Investment System (CRIS)" and "Motion for
Withdrawal of Funds from the Registry of the Court" is patently
frivolous on its face in that it provides no legal analysis or
any allegations of a good-faith belief that such an enormous
amount of money was ever deposited into the Court Registry or
would otherwise be owed to him by the Clerk or the Court; nor,
given the nature of this matter and a review of the docket, is
there any objective reason why such funds would have been
deposited during the litigation of this matter or evidence that
such a deposit or deposits were ever made;

THEREFORE, it is on this 17th day of October, 2023,

---

1  The motion seeks the return of "$10,000,000,000.00 TEN
MILLION DOLLARS plus any accrued interest."  (ECF 24).

ORDERED that the Clerk shall reopen the case and shall make a new and separate docket entry reading "CIVIL CASE REOPENED"; and it is further

ORDERED that the Motion for Application of Payment in this Court Registry Investment System (CRIS)" and or Withdrawal of Funds", (ECF 24) be, and the same hereby is, DENIED; and it is further

ORDERED that the Clerk shall re-close the file and make a new and separate docket entry reading "CIVIL CASE TERMINATED"; and it is further

ORDERED that the Clerk serve a copy of this Opinion and Order on Plaintiff by regular mail.


At Camden, New Jersey                    s/ Noel L. Hillman
                                         NOEL L. HILLMAN, U.S.D.J.